UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR09-5146BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |
| MARIA OLIVIA VERDE-CHAVIRA, | ) | |
| Defendant. | ) | |

Upon stipulation of the parties to continue the speedy indictment time to allow counsel to continue to investigate and negotiate this case, and upon the defendant's Waiver of Right to Speedy Indictment, the Court finds that such a continuance would serve the ends of justice, and that the failure to grant such continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//
//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE – 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

IT IS HEREBY ORDERED that the time to file an indictment be continued to April 25, 2009. The period of delay resulting from this continuance from March 25, 2009, to April 25, 2009, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 24th day of March 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ Colin Fieman
Colin Fieman
Attorney for Defendant


/s/ John Odell
John Odell
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE  – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**